1  KELLAN S. PATTERSON, SB No. 307190
   info@kellanpatterson.com
2  **LAW OFFICE OF KELLAN PATTERSON**
   2450 Venture Oaks Way, Suite 200
3  Sacramento, CA 95833
   Tel:  916.905.7265
4  Fax: 916.721.2742

5  Attorney for ONG THAO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00324-JAM |
|---|---|
| Plaintiff, | |
| v. | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| JOSHUAN RICCOBUONO AND ONG THAO, | |
| Defendants. | DATE: February 25, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants ONG THAO and JOSHUA RICCOBUONO., by and through their counsels of record, hereby stipulate as follows:

The Status Conference scheduled for February 25, 2025, at 9:00 a.m., may be continued until **May 06, 2025, at 09:00 a.m.**, before the Honorable John A. Mendez.

Discovery has recently been produced to defense counsels and defenses counsels for ONG THAO and JOSHUA RICCOBUONO are still in need of sufficient time to review all the discovery materials, discuss the materials with their respective clients, thoroughly investigate evidence, and to retain and consult with relevant experts.

The parties agree that time under the Speedy Trial Act shall be excluded through May 6, 2025, in the interests of justice, including but not limited to, the need for effective defense

1  preparation and defense preparation and defense investigation pursuant to 18 U.S.C. §§
2  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served
3  by taking this action outweighs the best interests of the public and of the Defendants to a speedy
4  trial.

5        IT IS SO STIPULATED.

8  Dated:  August 8, 2024      PHILLIP A. TALBERT
                                               United States Attorney

10                                                /s/ CAMERON DESMOND
                                               CAMERON DESMOND
11                                                Assistant United States Attorney

13 Dated:  August 8, 2024      /s/ KELLAN S. PATTERSON
                                               KELLAN S. PATTERSON
14                                                Counsel for Defendant
                                               ONG THAO
15 Dated:  August 8, 2024      /s/ FEDERICK P. COZEN
16                                                FEDERICK P. COZENS
                                               Counsel for Defendant
17                                                JOSHUA RICCOBUONO

19                                     **ORDER**

20       IT IS SO ORDERED.

22 Dated: February 19, 2025     /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
23                                              SENIOR UNITED STATES DISTRICT JUDGE