1  ERIC GRANT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00324-JAM |
12 |              Plaintiff,    | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
13 |              v.            | DATE: December 9, 2025 |
14 | JOSHUA RICCOBUONO and      | TIME: 9:00 a.m. |
   | ONG THAO,                  | COURT: Hon. John A. Mendez |
15 |                            |                          |
   |              Defendants.   |                          |
16

17                              **STIPULATION**

18   1.   By previous order, this matter was set for status on December 9, 2025.

19   2.   By this stipulation, defendants now move to continue the status conference until **March
20 10, 2026, at 9:00 a.m.**, and to exclude time between December 9, 2025, and March 10, 2026, under
21 Local Code T4.

22   3.   The parties agree and stipulate, and request that the Court find the following:

23        a)   The government has represented that the discovery associated with this case
24 includes hundreds of pages of documents, photographs, and audio recordings. All of this
25 discovery has been either produced directly to counsel and/or made available for inspection and
26 copying.

27        b)   Counsel for defendants desire additional time to review discovery, confer with
28 their clients regarding trial strategy, conduct independent investigation, and otherwise prepare

STIPULATION RE: SPEEDY TRIAL ACT; ORDER            1

for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2025 to March 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 1, 2025

Eric Grant
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: December 1, 2025

/s/ Phillip Cozens
Phillip Cozens
Counsel for Defendant
Joshua Riccobuono

STIPULATION RE: SPEEDY TRIAL ACT; ORDER 2

Dated: December 1, 2025                    /s/ Kellan Patterson
                                           Kellan Patterson
                                           Counsel for Defendant
                                           Ong Thao

## ORDER

IT IS SO ORDERED.

Dated: December 02, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE