ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00324 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | DATE: March 10, 2026 |
| JOSHUA RICCOBUONO and ONG THAO, | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on March 10, 2026.

2.     By this stipulation, defendants now move to continue the status conference until **June 16, 2026, at 09:00 a.m.**, and to exclude time between March 10, 2026, and June 16, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes hundreds of pages of documents, photographs, and audio recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendants desire additional time to review discovery, confer with their clients regarding trial strategy, conduct independent investigation, and otherwise prepare for trial.

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

1

c)    Further supporting the continuance, counsel for defendant Riccobuono currently has a state rape trial scheduled for March 9, 2026, that may go through and including March 16, 2026.

d)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 10, 2026 to June 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 4, 2026

Eric Grant
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

2

Dated:  March 4, 2026                            /s/ Phillip Cozens
                                                 Phillip Cozens
                                                 Counsel for Defendant
                                                 Joshua Riccobuono


Dated:  March 4, 2026                            /s/ Kellan Patterson
                                                 Kellan Patterson
                                                 Counsel for Defendant
                                                 Ong Thao



                              **ORDER**

        IT IS SO ORDERED.

        Dated: March 04, 2026

                                   _____
                                   JOHN A. MENDEZ,
                                   SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; ORDER                    3