Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Joshua Riccobuono

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA RICCOBUONO

Defendants.

Case No. 2:24-cr-00324-JAM

**FIRST STIPULATION AND ORDER TO CONTINUE STATUS REGARDING SENTENCING**

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Cameron Desmond, Esq. and Defendant Joshua Riccobuono through his attorney Philip Cozens, Esq., that:

The Sentencing hearing, currently scheduled for September 8, 2026, at 9:00 a.m. in Judge Mendez's Court, be re-scheduled for January 26, 2027 at 9:00 a.m. in Judge Mendez's Court. The stipulated continuance is necessary because Defendant Joshua Riccobuono's attorney requires additional time to review and study probation report received from the Government.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from September 8, 2026 through and including January 26, 2027.

It is so stipulated.

Dated: August 24, 2026

/s/ Cameron Desmond, Esq.
Cameron Desmond, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney at Law
Attorney for Defendant Joshua Riccobuono

## ORDER

The Court, having read and considered the above-stipulation and finding good cause therefore, orders that the **Status Conference Regarding Sentencing** currently scheduled for September 08, 2026, at 9:00 a.m., before Senior District Judge John A. Mendez be **VACATED** and **RESET** for **January 26, 2027, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: September 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE